IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DELORES J. WILSON,

    Plaintiff,

vs.                              CASE NO. 5:07cv46-RS-MD

MICHAEL J. ASTRUE,
    Commissioner of Social Security,

    Defendant.
_____/

## ORDER ON REPORT AND RECOMMENDATION

    Before me is the Magistrate Judge's Report and Recommendation (Doc. 19) to which neither party has objected.

    **IT IS ORDERED:**

    1. The Magistrate Judge's Report and Recommendation (Doc. 19) is adopted and incorporated by reference in this order.

    2. Defendant's Motion to Remand (Doc. 17) is **granted**, and the Commissioner's decision denying benefits is **reversed**.

    3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4. Defendant is ordered to direct the Administrative Law Judge ("ALJ") to properly formulate Plaintiff's residual functional capacity ("RFC"). The ALJ shall pay particular attention to the opinions of the treating physicians, Dr. Williams and Dr. Derbes, which limited the use of Plaintiff's upper extremities. The ALJ shall specify which portions of the opinions she finds controlling and properly discount the portions of those opinions which she does not find controlling. Further, the ALJ shall, in light of the properly formulated RFC finding, re-evaluate whether Plaintiff can perform her past relevant work.

5. This Court retains jurisdiction. The Commissioner shall file a status report not later than ninety days from the date of this order, and every thirty days thereafter, until the matter is resolved.

**ORDERED** on November 14, 2007.

/s/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**